# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**DEANNA PRESTON,**

    **Appellant,**

**v.**                                         No. 2:16-cv-00459-KG-GJF

**COUNTY OF LINCOLN**
**and SHERIFF ROBERT SHEPPERD,**
**in his official and individual capacity**

    **Appellees.**

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Stipulated Motion to Dismiss with Prejudice Appellant's claims against Appellees. The Court, having considered the Stipulated Motion and having been advised that the parties jointly agree to dismissal of all claims which were brought or could have been brought by appellant, FINDS that the Stipulated Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that all claims that have been or might have been brought by appellant in this case are hereby dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

                                                                                            _____
                                                                                            UNITED STATES DISTRICT JUDGE

Respectfully submitted:

WALLIN, HUSS & ASSOCIATES, LLC

*/s/ Brandon Huss*
Brandon Huss
Dennis K. Wallin
P.O. Box 696
Moriarty, NM 87035
(505) 832-6363
bh@whmlawfirm.com
dkw@whmlawfirm.com
*Attorneys for Appellees*

Approved:

*Electronically approved 4/14/17*
J. Robert Beauvais
J. Robert Beauvais, PA
P.O. Box 2408
Ruidoso, NM 88345
575-257-6321
jrblaw@windstream.net
*Attorney for Appellant*